Fill in this information to identify the case:

United States Bankruptcy Court for the:
Western District of Texas, Austin Division

Case number (if known): _____ Chapter __7__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  Catalyst Prep LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**  5 6 – 2 5 3 8 5 7 3

**4. Debtor's address**

**Principal place of business**

5217 Old Spicewood Springs Rd Apt 2402
Number    Street

Austin, TX 78731-1034
City             State    ZIP Code

Travis
County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City             State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City             State    ZIP Code

**5. Debtor's website (URL)**  www.catalystprep.com

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Catalyst Prep LLC                    Case number *(if known)*
         Name

7. **Describe debtor's business**

    A. *Check one:*
    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. §101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
    ☑ None of the above

    B. *Check all that apply:*
    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
    6 1 1 6

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*
    ☑ Chapter 7
    ☐ Chapter 9
    ☐ Chapter 11. *Check all that apply:*
    　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
    　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    　☐ A plan is being filed with this petition.
    　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☑ No
    ☐ Yes.  District _____ When _____ Case number _____
    　　　　　　　　　　　　　　　　 MM / DD / YYYY
    　　　　District _____ When _____ Case number _____
    　　　　　　　　　　　　　　　　 MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes. Debtor _____ Relationship _____
    　　　　District _____ When _____
    　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY
    　　　　Case number, if known _____

Debtor __Catalyst Prep LLC__  
      Name

Case number *(if known)* _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the propery?** _____
    Number    Street

_____
City                         State

_____
ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
           Contact name _____
           Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49  ☑ 50-99  ☐ 1,000-5,000  ☐ 25,001-50,000
☐ 100-199  ☐ 200-999  ☐ 5,001-10,000  ☐ 50,000-100,000
                                      ☐ 10,001-25,000  ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000            ☑ $1,000,001-$10 million    ☐ $500,000,001-$1 billion
☐ $50,001-$100,000     ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000    ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☐ $100,000,001-$500 million  ☐ More than $50 billion

Debtor ___Catalyst Prep LLC_____  Case number *(if known)* _____
       Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __09/13/2019__
           MM/ DD/ YYYY

X _____/s/ Jared Friedland_____       _____Jared Friedland_____
   Signature of authorized representative of debtor     Printed name

Title _____CEO_____

**18. Signature of attorney**

X _____/s/ Ron Satija_____      Date __09/13/2019__
   Signature of attorney for debtor            MM/ DD/ YYYY

 Ron Satija
Printed name

 Hajjar Peters LLP
Firm name

 3144 Bee Caves Rd
Number    Street

 Austin                         TX      78746-5560
City                                State     ZIP Code

 (512) 637-4956                rsatija@legalstrategy.com
Contact phone                      Email address

 24039158                             TX
Bar number                                State

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

IN RE: **Catalyst Prep LLC**　　　　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date　　09/13/2019　　　Signature　　　　/s/ Jared Friedland　　　　
　　　　　　　　　　　　　　　　　　　Jared Friedland, CEO

Alexander Charles
c/o Bryan Schwartz Law
180 Grand Ave Ste 1380
Oakland, CA 94612-3750

First Associates
Attn: Bond Street Servicing, LLC
Po Box 503430
San Diego, CA 92150-3430

Internal Revenue Service
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346

United States Attorney
Civil Process Clerk
601 Nw Loop 410 Ste 600
San Antonio, TX 78216-5512

United States Trustee
903 San Jacinto Blvd Ste 230
Austin, TX 78701-2450