☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/25/2019
       MM/ DD/ YYYY

**X** _____ /s/ Jared Friedland
Signature of individual signing on behalf of debtor

Jared Friedland
Printed name

CEO
Position or relationship to debtor

Debtor name _____ Catalyst Prep LLC _____

United States Bankruptcy Court for the:

_____ Western District of Texas, Austin Division _____

Case number (if known): _____ 19-11236 _____

☐ Check if this is an
amended filing

# Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 Chase | Checking account | 5019 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

   **None**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $0.00 |
   |---|

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | 7.1 Ogle Properties LLC | $5,500.00 |
   |---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   **None**

9. **Total of Part 2**

   Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.      **$5,500.00**

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**
    - ☑ No. Go to Part 4.
    - ☐ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

11. **Accounts Receivable**

    | 11a. 90 days old or less: | **$0.00** | - | **$0.00** | = ......➔ | **$0.00** |
    |---|---|---|---|---|---|
    |  | face amount |  | doubtful or uncollectible accounts |  |  |
    | 11b. Over 90 days old: | **$0.00** | - | **$0.00** | = ......➔ | **$0.00** |
    |  | face amount |  | doubtful or uncollectible accounts |  |  |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

## Part 4:   Investments

13. **Does the debtor own any investments?**
    - ☑ No. Go to Part 5.
    - ☐ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of fund or stock:        % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

**None**

17. **Total of Part 4**

    Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                    _____

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

    **None**

20. **Work in progress**

    **None**

21. **Finished goods, including goods held for resale**

    **None**

22. **Other inventory or supplies**

    **None**

23. **Total of Part 5**

    Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                    _____

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops — either planted or harvested** | | | |
| None | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| None | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| None | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| None | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| None | | | |
| **33. Total of Part 6**<br>Add lines 28 through 32. Copy the total to line 85. | | | _____ |

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

    **None**

40. **Office fixtures**

    **None**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

    **None**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

    **None**

43. **Total of Part 7**
    Add lines 39 through 42. Copy the total to line 86.                                                                                        _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    **None**

48. **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**None**

49. **Aircraft and accessories**

    **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    **None**

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                                           _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑No
    ☐Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑No
    ☐Yes

## Part 9:     Real Property

54. **Does the debtor own or lease any real property?**
    ☑No. Go to Part 10.
    ☐Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

    **None**

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.          _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑No
    ☐Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑No
    ☐Yes

## Part 10:     Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

None

**61.** **Internet domain names and websites**

None

**62.** **Licenses, franchises, and royalties**

None

**63.** **Customer lists, mailing lists, or other compilations**

None

**64.** **Other intangibles, or intellectual property**

64.1  **Company IP**                                           (Unknown)                                        (Unknown)

**65.** **Goodwill**

None

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                                                **$0.00**

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☑ Yes

**Part 11:**  All other assets

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.  Notes receivable**

Description (include name of obligor)

**None**

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**None**

**73.  Interests in insurance policies or annuities**

**None**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1  __Claim against Chase Bank__                                                                    __$5,000,000.00__

**Nature of Claim**     _____

**Amount Requested**     __$5,000,000.00_____

**75.  Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.  Trusts, equitable or future interests in property**

**None**

**77.  Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78.  Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                                              __$5,000,000.00__

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,500.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | | |
| **83.** **Investments.** *Copy line 17, Part 4.* | | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| **88.** **Real property.** *Copy line 56, Part 9.*............................................................ → | | |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* + | $5,000,000.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $5,005,500.00 | + 91b. $0.00 |

**92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................................................    $5,005,500.00

| | |
|---|---|
| Debtor name | Catalyst Prep LLC |
| United States Bankruptcy Court for the: | Western District of Texas, Austin Division |
| Case number (if known): | 19-11236 |

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**
Ogle Properties

**Creditor's mailing address**
Cheryl Ogle
3600 Bee Caves Rd #206
Austin, TX 78746

**Creditor's email address, if known**
cheryl@ogle-properties.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
Ogle Properties LLC

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim: $9,000.00  
Value of collateral: $5,500.00

**Remarks:** Office Lease - claiming we owe funds for wear and tear, etc.

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  $9,000.00

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ | Line _____ | ____ ____ ____ ____ |
| _____ | | |

Fill in this information to identify the case:

Debtor name           Catalyst Prep LLC

United States Bankruptcy Court for the:

          Western District of Texas, Austin Division

Case number (if known):     19-11236

☐ Check if this is an
amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,852.77 | unknown |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

    Atkins, James

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

**Remarks:** Former Catalyst full-time employee. Owe
him commission check.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,852.77     Priority amount: unknown

---

**2.2** Priority creditor's name and mailing address

    Bachman, Debra

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

**Remarks:** Former Catalyst full-time employee. Owe
her reimbursement check for mileage. Not taxable
income.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,585.00     Priority amount: unknown

| Part 1: | Additional Page |
| --- | --- |

---

**2.3** Priority creditor's name and mailing address

Fielder, Risa

3908 Yarborough Ave

Austin, TX 78744

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**
  Wages/commission

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,000.00          $2,000.00

---

**2.4** Priority creditor's name and mailing address

Franchise Tax Board (CA)

9646 Butterfield Way

Sacramento, CA 95827

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) _____

Remarks: FTB LLC fees

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$800.00          unknown

---

**2.5** Priority creditor's name and mailing address

Jackson, Christopher

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**
  Wages/Commission

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$3,635.90          unknown

---

| Part 1: | Additional Page |
| --- | --- |

**2.6** Priority creditor's name and mailing address

Rodriguez, Jose

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Former Catalyst full-time employee. Owe him reimbursement check for mileage. Not taxable income.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,290.00          unknown

---

**2.7** Priority creditor's name and mailing address

Stevenson, Tim

904 Breckenridge Ct

Piscataway, NJ 08854

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Former Catalyst full-time employee. Owe him reimbursement check for mileage. Not taxable income.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$996.00          unknown

---

**2.8** Priority creditor's name and mailing address

Tew, Jennifer

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a) **(4)**

**Remarks:** Former Catalyst full-time employee. Owe her reimbursement check for mileage. Not taxable income.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$111.00          unknown

**Part 1:**  Additional Page

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,477.00 | unknown |
|---|---|---|---|---|

**2.9**  Priority creditor's name and mailing address

Tibke, Erin

280 Belmore Ave #34

East Islip, NY 11730

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

Remarks: Catalyst full-time employee. Owe her
reimbursement check for mileage. Not taxable income.

As of the petition filing date, the claim is:    $1,477.00    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.10**  Priority creditor's name and mailing address

Yeagle, Jeff

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

Remarks: Former Catalyst full-time employee. Owe him
commission check.

As of the petition filing date, the claim is:    $2,000.00    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

319 North Preston St

319 North Preston St 1F

Philadelphia, PA 19104

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,134.95

**3.2** Nonpriority creditor's name and mailing address

8x8

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: VOIP phone system

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.3** Nonpriority creditor's name and mailing address

Accountability Resources

6300 Bridge Point Parkway #250

Austin, TX 78730

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,772.24

**3.4** Nonpriority creditor's name and mailing address

Aerotek

901 S. Mopac Expy Building 3 Suite 300

Austin, TX 78746

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$20,937.31

**3.5** Nonpriority creditor's name and mailing address

Alexander Charles

c/o Bryan Schwartz Law

180 Grand Ave Ste 1380

Oakland, CA 94612-3750

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

| Part 2: | Additional Page |
|---|---|

---

**3.6** Nonpriority creditor's name and mailing address
**AMEX**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

unknown

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    4  7  2  3

Remarks: Account #: 3573704723. Merchant services. (NOT an AMEX credit card. I owe AMEX merchant services.)

---

**3.7** Nonpriority creditor's name and mailing address
**Anderson, Asa**

12205 Shetland Lane

Los Angeles, CA 90049

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$840.00

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Remarks: Tutor.

---

**3.8** Nonpriority creditor's name and mailing address
**Bank of America**

One Independence Center

101 North Tyron Street

Charlotte, NC 28255

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$13,747.98

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.9** Nonpriority creditor's name and mailing address
**Barba, Ashley**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$175.00

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Remarks: Tutor.

---

**3.10** Nonpriority creditor's name and mailing address
**Barber, Paul**

1505 Southport Dr. Apt. 142

Austin, TX 78704

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$5,250.00

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Remarks: Tutor.

---

| Part 2: | Additional Page |
|---------|-----------------|

---

**3.11** | **Nonpriority creditor's name and mailing address**
**Barua, Deshana**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: Tutor.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,102.50

---

**3.12** | **Nonpriority creditor's name and mailing address**
**Batarseh, Reem**

**20 Pine Street #3301**

**New York, NY 10005**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: Customer that we owe a refund for services only partially rendered.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,544.00

---

**3.13** | **Nonpriority creditor's name and mailing address**
**Bennett, Allycyn**

**10885 Silverado**

**Portland, OR 97282**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: Customer that we owe a refund for services only partially rendered.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,750.00

---

**3.14** | **Nonpriority creditor's name and mailing address**
**Blake, Kameron**

**91 Magnolia Ave.**

**Jersey City, NJ 07306**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: Tutor.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,125.00

---

**3.15** | **Nonpriority creditor's name and mailing address**
**Brasseux, Charlotte**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: Tutor.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$362.50

---

| Part 2: | Additional Page |
|---|---|

---

**3.16** | **Nonpriority creditor's name and mailing address**

Caldwell, Brennan

38 West 73rd St 2B

New York, NY 10023

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: Tutor.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,120.00

---

**3.17** | **Nonpriority creditor's name and mailing address**

Candella, Michael

85 St Josephs Ave

Staten Island, NY 10302

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: Port Richmond High School.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,000.00

---

**3.18** | **Nonpriority creditor's name and mailing address**

Capital One Via Signature Business

PO Bos 60599

City of Industry, CA 91716

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,623.62

---

**3.19** | **Nonpriority creditor's name and mailing address**

Carlson, Nicholas

2017 West Bangs Ave

Neptune, NJ 07753

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: Tutor.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00

---

**3.20** | **Nonpriority creditor's name and mailing address**

Cenveo Print Company

1102 West Ave. Suite 200

Austin, TX 78701

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,000.00

---

| Part 2: | Additional Page |
|---|---|

**3.21** Nonpriority creditor's name and mailing address

Chan, Hazel

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$550.00

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Remarks: Tutor.

---

**3.22** Nonpriority creditor's name and mailing address

Chapin, Sarah

418 W 129th St Apt. 13

Vienna, VA 22182

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$150.00

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Remarks: Tutor.

---

**3.23** Nonpriority creditor's name and mailing address

Charles, Alexander

346 N. Vermont Ave #306

Los Angeles, CA 90004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$1,500.00

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Remarks: Tutor.

---

**3.24** Nonpriority creditor's name and mailing address

Chase

National Bank By Mail. Mail Code KY1-0900 416

416 West Jefferson Floor 1

Louisville, KY 40202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$77,931.00

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.25** Nonpriority creditor's name and mailing address

Chase Visa Freedom Card

National Bank By Mail. Mail Code KY1-0900

416 West Jefferson Floor 1

Louisville, KY 40202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$16,563.18

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| **Part 2:** | Additional Page |
|---|---|

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|

**Clark, Candice**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: Tutor.

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $790.00 |
|---|---|---|---|

**Cloutier, Chase**

**105 Hopkins St #402**

**Wakefield, MA 01880**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: Tutor.

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Creel**

**6330 West Sunset Road**

**Las Vegas, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,690.00 |
|---|---|---|---|

**CT Corp**

**Brian Moscoso**

**111 8 th Ave 13th Floor**

**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: Registered agent services.

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,134.95 |
|---|---|---|---|

**Darden, Taylor**

**319 North Preston Street 1F**

**Philadelphia, PA 19104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:  Additional Page

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,134.95 |
|---|---|---|---|

**3.31** Nonpriority creditor's name and mailing address

Daren, Taylor

319 N Preston St Apt. 1F

Philadelphia, PA 19104

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,134.95

---

**3.32** Nonpriority creditor's name and mailing address

Dave, Sanil

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: Tutor.

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

**3.33** Nonpriority creditor's name and mailing address

De Los Rios, Carlos

960 Chalet Circle

Thousand Oaks, CA 91362

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: Customer that we owe a refund for services only partially rendered.

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,294.00

---

**3.34** Nonpriority creditor's name and mailing address

Deakin, Chris

636 Ethan Allen HWY

Ridgefield, CT 06877

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: Tutor.

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$150.00

---

**3.35** Nonpriority creditor's name and mailing address

Debrosse, Justin

8 Mountain Road Rockaway

Rockaway, NJ 07866

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: Tutor.

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$4,000.00

| Part 2: | Additional Page |
|---|---|

---

**3.36** Nonpriority creditor's name and mailing address

DeMarco, Amanda

357 Tunnel Road

Asbury, NJ 08802

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Tutor.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.37** Nonpriority creditor's name and mailing address

Ding, Yujia

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Tutor.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$680.00**

---

**3.38** Nonpriority creditor's name and mailing address

Ducille, Chelsea

311 Cathedral Street Apt. 2B

Baltimore, MD 21201

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Tutor.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$500.00**

---

**3.39** Nonpriority creditor's name and mailing address

Dupuy, Alfred

336 Telford Ave.

Dayton, OH 45419

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Customer that we owe a refund for services only partially rendered.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$3,999.00**

---

**3.40** Nonpriority creditor's name and mailing address

Dushkewich, Rachel

460 Old Town Road Apt 18N

Port Jefferson Station, NY 11776

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Tutor.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$375.00**

---

**Part 2:**   Additional Page

| | | | |
|---|---|---|---|
| **3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,299.00** |

### 3.41

**Nonpriority creditor's name and mailing address**

Eilers, Lori

184 Nottingham Road

Ramsey, NJ 07446

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,299.00**

---

### 3.42

**Nonpriority creditor's name and mailing address**

Embassy Suites by Hilton Denton Convention Center

Kaylin Homan and Todd Muilenburg

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Remarks:** Cancelled reservation for conference room.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,400.00**

---

### 3.43

**Nonpriority creditor's name and mailing address**

Eskin, Kimberly

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Remarks:** Tutor.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$920.00**

---

### 3.44

**Nonpriority creditor's name and mailing address**

Ferdous, Tashif

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Remarks:** Tutor.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,675.00**

---

### 3.45

**Nonpriority creditor's name and mailing address**

First Associates

Attn: Bond Street Servicing, LLC

PO Box 503430

San Diego, CA 92150-3430

Date or dates debt was incurred _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$153,562.18**

---

| Part 2: | Additional Page |
|---------|-----------------|

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $637.50

Forrester, Graham

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

Remarks: Tutor.

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,044.00

Fortis, Dawn

38 Mela Lane

Rancho Palos Verdes, CA 90275

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

Remarks: Customer that we owe a refund for services only partially rendered.

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown

Foster, Harrison

1217 Douglas St #222

Los Angeles, CA 90026

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

Remarks: Tutor.

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00

Fouquet, Martina

9 Gray Street

Jersey City, NJ 07302

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

Remarks: Tutor.

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,544.00

Fredette, Julie

426 Silver Leaf cir

Collegeville, PA 19426

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

| **Part 2:** | Additional Page |
|---|---|

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180.00

Gentile, David

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

Remarks: Tutor.

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $475.00

Golden, Mitchell

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

Remarks: Tutor.

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,294.00

Grant, Jeremy

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

Remarks: Customer that we owe a refund for services only partially rendered.

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown

Half, Robert

10801-2 N Mopac Expy Suite 220

Austin, TX 78759

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

Remarks: Staffing Firm.

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00

Harris, Latisha

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

Remarks: Tutor.

---

| Part 2: | Additional Page |
| --- | --- |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
| --- | --- | --- | --- |

**3.56**

Nonpriority creditor's name and mailing address

Hayhurst, Natalie

1916 Sager Dr.

Austin, TX 78741

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Tutor.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$175.00

---

**3.57**

Nonpriority creditor's name and mailing address

Heyman and Associates

Michelle Heyman and Julie Dale

2251 Double Creek Dr Suite 101

Round Rock, TX 78664

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: CPA firm in Austin

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$730.00

---

**3.58**

Nonpriority creditor's name and mailing address

Howell, Ryan

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Tutor.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,040.00

---

**3.59**

Nonpriority creditor's name and mailing address

Indeed

Building 1

6433 Champion Grandview Way

Austin, TX 78750

Date or dates debt was incurred _____

Last 4 digits of account number   3   4   3   0

Remarks: Online advertising for employees.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$377.76

---

**3.60**

Nonpriority creditor's name and mailing address

Isser, Micah

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$262.50

| Part 2: | Additional Page |
| --- | --- |

**3.61** | **Nonpriority creditor's name and mailing address**
Jaramillo, Amanda

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00

**Remarks:** Tutor.

**3.62** | **Nonpriority creditor's name and mailing address**
Johnson, Erica

843 W 15th Street Apt. 28

Newport Beach, CA 92663

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$112.50

**Remarks:** Tutor.

**3.63** | **Nonpriority creditor's name and mailing address**
Kabbage

730 Peachtree St NE Suite #1100

Atlanta, GA 30308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,684.00

**3.64** | **Nonpriority creditor's name and mailing address**
Kallas, Jennifer

23025 Madison Street Unit 22

Torrance, CA 90505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,245.00

**Remarks:** Graphic Designer

**3.65** | **Nonpriority creditor's name and mailing address**
Klaneski, Rosa

8 Farmington Meadow Dr.

Farmington, CT 06032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,500.00

**Remarks:** Tutor.

## Part 2: Additional Page

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,192.47
---|---|---|---
| **Klaneski, Rosa Lee** | ☐ Contingent |
| **8 Farmington Meadow Drive** | ☐ Unliquidated |
| **Farmington, CT 06032** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,499.00
---|---|---|---
| **Klinger, Bettina** | ☐ Contingent |
| **351 E 84th Street Apt. 11D** | ☐ Unliquidated |
| **New York, NY 10028** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |
| **Remarks:** Customer that we owe a refund for services only partially rendered. |

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,574.50
---|---|---|---
| **Ko, David** | ☐ Contingent |
| **2151 Logan Ave Section B** | ☐ Unliquidated |
| **San Diego, CA 92113** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |
| **Remarks:** Tutor. |

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00
---|---|---|---
| **Kollen, Marjorie** | ☐ Contingent |
| **49 Colorido Rancho** | ☐ Unliquidated |
| **Rancho Santa Margarita, CA 92688** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |
| **Remarks:** Tutor. |

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.00
---|---|---|---
| **Koppolu, Maithu** | ☐ Contingent |
| **10943 Vereda Sol Del Dios** | ☐ Unliquidated |
| **San Diego, CA 92130** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |
| **Remarks:** Tutor. |

---

| Part 2: | Additional Page |
|---|---|

**3.71** | Nonpriority creditor's name and mailing address

**Lacovelli, Sara**

**151 N Cottage St**

**Valley Stream, NY 11580**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: Tutor.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$970.00

---

**3.72** | Nonpriority creditor's name and mailing address

**Le, Elvis**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: Tutor.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$520.00

---

**3.73** | Nonpriority creditor's name and mailing address

**Levine, Michelle**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: Tutor.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$125.00

---

**3.74** | Nonpriority creditor's name and mailing address

**Lim, Sarah**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: Tutor.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$375.00

---

**3.75** | Nonpriority creditor's name and mailing address

**Lin, Andrew**

**30 Via Milpitas**

**Carmel Valley, CA 93924**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Remarks: Refund for student Ryan. Withdrew enrollment.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,500.00

| Part 2: | Additional Page |
|---|---|

---

**3.76** Nonpriority creditor's name and mailing address

**Littler Mendelson**

**Jackie Hoard**

**1301 McKinney St #1900**

**Houston, TX 77010**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: Law Firm - Employment matters

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,149.50

---

**3.77** Nonpriority creditor's name and mailing address

**Long, Bradley**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: Tutor.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$587.50

---

**3.78** Nonpriority creditor's name and mailing address

**Lopez, Heather**

**3 Hearthshire St.**

**Magnolia, TX 77354**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: Customer that we owe a refund for services only partially rendered.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,522.00

---

**3.79** Nonpriority creditor's name and mailing address

**MacCabe, Cameron**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: Tutor.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,300.00

---

**3.80** Nonpriority creditor's name and mailing address

**MacCabe, Cameron**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,300.00

---

**Part 2:** Additional Page

---

**3.81** Nonpriority creditor's name and mailing address

**MacKinnon, Duncan**

**372 Union Street**

**Jersey City, NJ 07304**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: Tutor.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,402.00

---

**3.82** Nonpriority creditor's name and mailing address

**Matthew, Naomi**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: Tutor.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$171.75

---

**3.83** Nonpriority creditor's name and mailing address

**McBlane, Georgia Jansen**

**315 Rogers Rd**

**Norristown, PA 19403**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: Tutor.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$250.00

---

**3.84** Nonpriority creditor's name and mailing address

**Mendelson, Goldman and Schwarz, APC**

**Marc A. Schwarz**

**5805 Sepulveda Blvd. Suite 850**

**Van Nuys, CA 91411**

Date or dates debt was incurred    _____

Last 4 digits of account number    _1_ _9_ _9_ _1_

Remarks: Bought State Farm debt (FILE: State Farm v Catalyst Prep; 17001991).

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$49,241.02

---

**3.85** Nonpriority creditor's name and mailing address

**Merchant, Tazim**

**89 Fruitledge Road**

**Glen Head, NY 11545**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: Tutor.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,000.00

---

| Part 2: | Additional Page |
|---------|-----------------|

**3.86**

**Nonpriority creditor's name and mailing address**

Mirkin, Joshua

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,190.00

Remarks: Tutor.

---

**3.87**

**Nonpriority creditor's name and mailing address**

Mitsch, Jackie

9 Sycamore Lane

Rumson, NJ 07760

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,744.00

Remarks: Customer that we owe a refund for services only partially rendered.

---

**3.88**

**Nonpriority creditor's name and mailing address**

Nguyen, Nathan

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,125.00

Remarks: Tutor.

---

**3.89**

**Nonpriority creditor's name and mailing address**

Noh, Sharon

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$731.53

Remarks: Tutor.

---

**3.90**

**Nonpriority creditor's name and mailing address**

OFFICETEAM

Robert Half / Recovery Department

PO Box 5024

San Ramon, CA 94583

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,500.14

---

**Part 2:**  Additional Page

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**3.91**

Nonpriority creditor's name and mailing address

Oliver, Amber

8515 Millers Bend

Bahama, NC 27503

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Remarks: Tutor.

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$10,000.00

---

**3.92**

Nonpriority creditor's name and mailing address

Oren, Talia

18880 Baker Road

Bend, OR 97702

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Remarks: Tutor.

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$480.00

---

**3.93**

Nonpriority creditor's name and mailing address

Panica, Erin

21030 Mossy Glen Terrace

Ashburn, VA 20147

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,534.00

---

**3.94**

Nonpriority creditor's name and mailing address

Paravastu, Sharon

4200 Bay Street Apt. 254

Fremont, CA 94538

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Remarks: Tutor.

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$337.50

---

**3.95**

Nonpriority creditor's name and mailing address

Perkowski, Peter

445 S. Figueroa St. Suite 3100

Los Angeles, CA 90071

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Remarks: Attorney - IP Matters

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,410.00

| Part 2: | Additional Page |
| --- | --- |

---

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00
| Perron, Erinn | *Check all that apply.* |
| | ☐ Contingent |
| 200 Hiawatha Blvd. | ☐ Unliquidated |
| | ☐ Disputed |
| Oakland, NJ 07436 | |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** __ __ __ __ | ☐ Yes |

**Remarks:** Customer that we owe a refund for services only partially rendered.

---

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,500.00
| Perry, Allison | *Check all that apply.* |
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| | |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** __ __ __ __ | ☐ Yes |

**Remarks:** Tutor

---

**3.98** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00
| Powell, Blaine | *Check all that apply.* |
| | ☐ Contingent |
| 9757 Oaseo Montril | ☐ Unliquidated |
| San Diego, CA 92129 | ☐ Disputed |
| | |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** __ __ __ __ | ☐ Yes |

**Remarks:** Customer that we owe a refund for services only partially rendered.

---

**3.99** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $125.00
| Purring, Marantha | *Check all that apply.* |
| | ☐ Contingent |
| 7215 Howard Terrace | ☐ Unliquidated |
| Philadelphia, PA 19119 | ☐ Disputed |
| | |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** __ __ __ __ | ☐ Yes |

**Remarks:** Tutor.

---

**3.100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,160.00
| Radu-Blackburn, Robert | *Check all that apply.* |
| | ☐ Contingent |
| 84-06 109th Street Apt C7 | ☐ Unliquidated |
| Richmond Hill, NY 11418 | ☐ Disputed |
| | |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** __ __ __ __ | ☐ Yes |

**Remarks:** Tutor.

---

| Part 2: | Additional Page |
|---|---|

**3.101** | Nonpriority creditor's name and mailing address
Rajasekaran, Prithvi

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$450.00

Remarks: Tutor.

**3.102** | Nonpriority creditor's name and mailing address
Ramapo Indian Hills Regional High School District

Grace Stramiello

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$400.00

**3.103** | Nonpriority creditor's name and mailing address
Rehman, Obaid

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$1,418.78

Remarks: Tutor.

**3.104** | Nonpriority creditor's name and mailing address
Reichbach, Andrea

10B Heritage Hills

Somers, NY 10859

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$1,499.00

**3.105** | Nonpriority creditor's name and mailing address
Renkosiak, Kaitlin

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$450.00

Remarks: Tutor.

| Part 2: | Additional Page |
|---|---|

**3.106** | Nonpriority creditor's name and mailing address

Richman, Linda

277 Prospect Park West Apt 2

Brooklyn, NY 11215

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Remarks:** Customer that we owe a refund for services only partially rendered.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,044.00

---

**3.107** | Nonpriority creditor's name and mailing address

Robillard, Rana

3920 Ardley Ave

Oakland, CA 94602

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Remarks:** Customer that we owe a refund for services only partially rendered.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,499.00

---

**3.108** | Nonpriority creditor's name and mailing address

Rolls, Sandy

513 Green Pastures #C

Kyle, TX 78640

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Remarks:** Bookkeeper in Austin.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$420.00

---

**3.109** | Nonpriority creditor's name and mailing address

Rosolanko, Nick

364 Mulberry Court

Wyckoff, NJ 07481

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,544.00

---

**3.110** | Nonpriority creditor's name and mailing address

Ryu, Allison

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Remarks:** Tutor.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,285.76

---

**Part 2:** Additional Page

---

**3.111**   **Nonpriority creditor's name and mailing address**

Salman, Masha

33 Sky Top Ridge

Date or dates debt was incurred     _____

Last 4 digits of account number   __ __ __ __

**Remarks:** Customer that we owe a refund for services only partially rendered.

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$750.00

---

**3.112**   **Nonpriority creditor's name and mailing address**

Schwartzenberger, Grace

5934 Tobias Avenue

Van Nuys, CA 91411

Date or dates debt was incurred     _____

Last 4 digits of account number   __ __ __ __

**Remarks:** Tutor.

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$360.00

---

**3.113**   **Nonpriority creditor's name and mailing address**

Shaikh, Zafar

27318 Wooded Canyon Drive

Katy, TX 77494

Date or dates debt was incurred     _____

Last 4 digits of account number   __ __ __ __

**Remarks:** Customer that we owe a refund for services only partially rendered.

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$4,044.00

---

**3.114**   **Nonpriority creditor's name and mailing address**

Smith, John Hawthorne

Date or dates debt was incurred     _____

Last 4 digits of account number   __ __ __ __

**Remarks:** Tutor.

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$5,000.00

---

**3.115**   **Nonpriority creditor's name and mailing address**

Square

1455 Market Street Suite 600

San Francisco, CA 94103

Date or dates debt was incurred     _____

Last 4 digits of account number   __ __ __ __

**Remarks:** Credit Card processing. Began using when Chase cut me off. Have negative balance with them due to customer chargebacks.

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$8,148.86

---

### Part 2:   Additional Page

| | | |
|---|---|---|
| **3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**    $49,241.02 |

**3.116**   Nonpriority creditor's name and mailing address

State Farm Insurance

5805 Sepulveda Blvd Suite 850

Van Nuys, CA 91411

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

Remarks: Insurance and Workers' Comp

**As of the petition filing date, the claim is:**    $49,241.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.117**   Nonpriority creditor's name and mailing address

Steinhorn, Jeffrey

16 Tiger Hill Drive

Gladstone, NJ 07934

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

Remarks: Customer that we owe a refund for services only partially rendered.

**As of the petition filing date, the claim is:**    $894.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.118**   Nonpriority creditor's name and mailing address

Stratton, Samantha

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

Remarks: Tutor.

**As of the petition filing date, the claim is:**    $950.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.119**   Nonpriority creditor's name and mailing address

Tam, David

1965 W Lamar St #4

Houston, TX 77019

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

Remarks: Tutor.

**As of the petition filing date, the claim is:**    $1,050.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.120**   Nonpriority creditor's name and mailing address

Tan, Kenny

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

Remarks: Tutor.

**As of the petition filing date, the claim is:**    $535.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Part 2:** Additional Page

---

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,000.00**

Travis, Jennifer

197 Guinea Road

Storrs Mansfield, CT 06268

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**      _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Customer that we owe a refund for services only partially rendered.

---

**3.122** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$537.50**

Tyagi, Shristi

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**      _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Tutor.

---

**3.123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$350.00**

Valatka, Patricia

676 Park Ave.

East Orange, NJ 07017

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**      _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Tutor.

---

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$450.00**

Vallejos, Derrick

11 South Lawrence Ave

Elmsford, NY 10523

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**      _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Tutor.

---

**3.125** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

Vaziri, Catherine

2717 South Lamar Blvd. Apt. 3089

Austin, TX 78704

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**      _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Tutor.

---

| Part 2: | Additional Page |
|---|---|

**3.126** | Nonpriority creditor's name and mailing address

Wagner, Hayley

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Tutor.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$860.00

---

**3.127** | Nonpriority creditor's name and mailing address

Walters, Erik

16711 Diane Lane

Huntington Beach, CA 92647

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Customer that we owe a refund for services only partially rendered.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,999.00

---

**3.128** | Nonpriority creditor's name and mailing address

Weinstein, Michael

20 Montauk Lane

Vernon Hills, IL 60061

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Tutor.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,375.00

---

**3.129** | Nonpriority creditor's name and mailing address

Wenzlaff, Michael

13414 Barlett Street

Rockville, MD 20853

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Tutor.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,633.76

---

**3.130** | Nonpriority creditor's name and mailing address

Westfield High School PTSO

Carolyn Miller

521 Prospect St

Westfield, NJ 07090

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Parent organization with Westfield HS in NJ. Owe funds for

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00

---

**Part 2:**   Additional Page

---

**3.131**   **Nonpriority creditor's name and mailing address**

Williams, Dwight

27379 SW 143rd Ct.

Homestead, FL 33032

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

Remarks: Tutor.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

__unknown__

---

**3.132**   **Nonpriority creditor's name and mailing address**

Williams, Julie

13 Sheraton Lane

Rumson, NJ 07760

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

Remarks: Customer that we owe a refund for services only partially rendered.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

__$4,000.00__

---

**3.133**   **Nonpriority creditor's name and mailing address**

Williams, Kayla

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

Remarks: Tutor.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

__$700.00__

---

**3.134**   **Nonpriority creditor's name and mailing address**

Yarima, Altini

301 N Wesley Drive Apt. 611

League City, TX 77573

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

Remarks: Tutor.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

__$400.00__

---

**3.135**   **Nonpriority creditor's name and mailing address**

Yu, Cissy

315 E. 119th Street 3

New York, NY 10035

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

Remarks: Tutor.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

__$450.00__

---

| Part 2: | Additional Page |

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $550.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Yuan, Catherine

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$550.00

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Remarks: Tutor.

---

**3.137**

**Nonpriority creditor's name and mailing address**
Zukoff, Alexander

81 Cooper Blvd

Red Bank, NJ 07701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,305.00

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Remarks: Tutor.

---

**3.138**

**Nonpriority creditor's name and mailing address**
Zurfluh, Cynda

13136 Ladybank Lane

Herndon, VA 20171

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,499.00

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Remarks: Customer that we owe a refund for services only partially
rendered.

**Part 3:**   List Others to Be Notified About Unsecured Claims

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

     **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1   **Marc A. Schwarz, Esq**<br><br><br>**5805 Sepulveda Blvd Suite 850**<br>**Van Nuys, CA 91411** | Line **3.116**<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.    Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $15,747.67 |
| 5b. | **Total claims from Part 2** | 5b. | $675,759.71 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $691,507.38 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Catalyst Prep LLC |
| United States Bankruptcy Court for the: | Western District of Texas, Austin Division |
| Case number (if known): | 19-11236     Chapter    7 |

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

    ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.2**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.3**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.4**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.5**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

| | |
|---|---|
| Debtor name | Catalyst Prep LLC |
| United States Bankruptcy Court for the: | Western District of Texas, Austin Division |
| Case number (if known): | 19-11236 |

☐ Check if this is an
amended filing

# Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____<br>_____<br>City _____ State ___ ZIP Code ___ | | |
| 2.2 _____ | Street _____<br>_____<br>City _____ State ___ ZIP Code ___ | | |
| 2.3 _____ | Street _____<br>_____<br>City _____ State ___ ZIP Code ___ | | |
| 2.4 _____ | Street _____<br>_____<br>City _____ State ___ ZIP Code ___ | | |
| 2.5 _____ | Street _____<br>_____<br>City _____ State ___ ZIP Code ___ | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.6 _____ | Street _____ <br><br> _____ <br><br> City              State        ZIP Code | | |

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

        Copy line 88 from *Schedule A/B*................................................................................................................

| $0.00 |
|---|

    1b. **Total personal property:**

        Copy line 91A from *Schedule A/B*..........................................................................................................

| $5,005,500.00 |
|---|

    1c. **Total of all property:**

        Copy line 92 from *Schedule A/B*............................................................................................................

| $5,005,500.00 |
|---|

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................

| $9,000.00 |
|---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................................

| $15,747.67 |
|---|

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

| + | $675,759.71 |
|---|---|

4. **Total liabilities**.........................................................................................................................................

    Lines 2 + 3a + 3b

| $700,507.38 |
|---|

| | |
|---|---|
| Debtor name | Catalyst Prep LLC |
| United States Bankruptcy Court for the: | Western District of Texas, Austin Division |
| Case number (if known): | 19-11236 |

☐ Check if this is an
amended filing

# Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

**1. Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br><br>Check all that apply | Gross revenue<br><br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2019 to Filing date<br>MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For prior year:** | From 01/01/2018 to 12/31/2018<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For the year before that:** | From 01/01/2017 to 12/31/2017<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br><br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2019 to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** | From 01/01/2018 to 12/31/2018<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |
| **For the year before that:** | From 01/01/2017 to 12/31/2017<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  Ogle Properties LLC <br> Creditor's name <br><br> Street <br> 3600 Bee Caves Rd <br><br> Austin, TX 78746 <br> City          State      ZIP Code | 07/15/2019 | $7,500.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other  Repossession |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. <br> Creditor's name <br><br> Street <br><br><br> City          State      ZIP Code | | | |
| **Relationship to debtor** | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1.  Ogle Properties LLC <br> Creditor's name <br> 3600 Bee Caves <br> Street <br><br><br> Austin, TX 78746 <br> City          State      ZIP Code | office furniture and equipment | 07/15/2019 | $7,500.00 |

5.2.   numerous          chargebacks               $100,000.00

      Creditor's name

      Street

      TX

      City      State    ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City   State   ZIP Code | XXXX– ___ ___ ___ ___ | | |

---

**Part 3:**   Legal Actions or Assignments

---

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| State Farm v. Catalyst Prep LLC <br><br> **Case number** <br><br> 17001991 | Breach of Contract | California <br> Name <br><br> Street <br><br><br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.2. Case title | Nature of case | Court or agency's name and address | Status of case |
| Charles v. Catalyst Prep LLC et al. <br><br> **Case number** <br><br> C19-01643 | Class Action | California Superior Court <br> Name <br><br> Street <br><br><br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|----------------------------|-------|

Custodian's name

Street

| City | State | ZIP Code |

Case title

Case number

Date of order or assignment

Court name and address

Name

Street

| City | State | ZIP Code |

---

## Part 4:     Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|

Recipient's name

Street

| City | State | ZIP Code |

Recipient's relationship to debtor

---

## Part 5:     Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

---

## Part 6:     Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Hajjar Peters LLP | Attorney's Fee | 8/19/19 | $2,767.50 |

**Address**

3144 Bee Caves Rd
Street

Austin, TX 78746-5560
City                          State        ZIP Code

**Email or website address**


**Who made the payment, if not debtor?**

Jared Friedland

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Trustee**


**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

Street


City                          State        ZIP Code

**Relationship to debtor**

| Part 7: | Previous Locations |
| --- | --- |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
| --- | --- |

14.1. _____

Street

_____

_____

City                    State    ZIP Code

From _____ To _____

| Part 8: | Health Care Bankruptcies |
| --- | --- |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City       State   ZIP Code | _____ | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____<br><br>_____ | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

**17.** **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

       ☐ No. Go to Part 10.

       ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

---

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br>Wells Fargo<br>_____<br>City    State    ZIP Code | XXXX– __ __ __ __ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | 10/01/2019 | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____<br>_____<br>_____ | _____<br>_____<br>**Address**<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | City          State     ZIP Code | Address | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**

Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State     ZIP Code | | |

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

---

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____ | _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Name | | **Dates business existed** |
| _____ | | |
| Street | | From _____   To _____ |
| _____ | | |
| City          State    ZIP Code | | |

**26.** **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | | Dates of service |
|---|---|---|
| **26a.1.** | _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> _____ <br> City            State        ZIP Code | From _____   To _____ |

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | | Dates of service |
|---|---|---|
| **26b.1.** | _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> _____ <br> City            State        ZIP Code | From _____   To _____ |

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| **26c.1.** | _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> _____ <br> City            State        ZIP Code | _____ <br> _____ <br> _____ |

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| **26d.1.** _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> _____ <br> City            State        ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.1. _____

Name _____

Street _____

_____

City                    State          ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| | | , | 0.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ <br> To   _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City     State     ZIP Code | _____ | _____ | _____ |

**Relationship to debtor**

_____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 10/25/2019 _____
                  MM/  DD/  YYYY

**X** _____ /s/ Jared Friedland _____
        Signature of individual signing on behalf of the debtor

        Position or relationship to debtor
        _____ CEO _____

Printed name _____ Jared Friedland _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Western District of Texas

**In re**

Catalyst Prep LLC                                              Case No. 19-11236

**Debtor(s)**                                                  Chapter          7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . .          $2,767.50

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . .          $2,767.50

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .          $0.00

2. The source of the compensation to be paid to me was:

   ☐ Debtor          ☑ Other (specify) Jared Friedland

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☑ Other (specify) Jared Friedland

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   Any Post-petition activities will be billed hourly

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10/25/2019                              /s/ Ron Satija
_Date_                                  _Signature of Attorney_

                                                       Ron Satija
                                                       Bar Number: 24039158
                                                       Hajjar Peters LLP
                                                       3144 Bee Caves Rd
                                                       Austin, TX 78746-5560
                                                       Phone: (512) 637-4956

                                        Hajjar Peters LLP
                                        _Name of law firm_

## 319 North Preston St

319 North Preston St 1F
Philadelphia, PA 19104

## 8x8

## Accountability Resources

6300 Bridge Point Parkway #250
Austin, TX 78730

## Aerotek

901 S. Mopac Expy Building 3 Suite 300
Austin, TX 78746

## Alexander Charles

c/o Bryan Schwartz Law
180 Grand Ave Ste 1380
Oakland, CA 94612-3750

## AMEX

## Asa Anderson

12205 Shetland Lane
Los Angeles, CA 90049

## James Atkins

Debra Bachman


Bank of America
One Independence Center
101 North Tyron Street
Charlotte, NC 28255


Ashley Barba


Paul Barber
1505 Southport Dr. Apt. 142
Austin, TX 78704


Deshana Barua


Reem Batarseh
20 Pine Street #3301
New York, NY 10005


Allycyn Bennett
10885 Silverado
Portland, OR 97282


Kameron Blake
91 Magnolia Ave.
Jersey City, NJ 07306

Charlotte Brasseux

Brennan Caldwell
38 West 73rd St 2B
New York, NY 10023

Michael Candella
85 St Josephs Ave
Staten Island, NY 10302

Capital One Via Signature
Business
PO Bos 60599
City of Industry, CA 91716

Nicholas Carlson
2017 West Bangs Ave
Neptune, NJ 07753

Cenveo Print Company
1102 West Ave. Suite 200
Austin, TX 78701

Hazel Chan

Sarah Chapin
418 W 129th St Apt. 13
Vienna, VA 22182

## Alexander Charles
346 N. Vermont Ave #306
Los Angeles, CA 90004

## Chase
National Bank By Mail. Mail Code
KY1-0900 416
416 West Jefferson Floor 1
Louisville, KY 40202

## Chase Visa Freedom Card
National Bank By Mail. Mail Code
KY1-0900
416 West Jefferson Floor 1
Louisville, KY 40202

## Candice Clark

## Chase Cloutier
105 Hopkins St #402
Wakefield, MA 01880

## Creel
6330 West Sunset Road
Las Vegas, NV 89118

## CT Corp
Brian Moscoso
111 8 th Ave 13th Floor
New York, NY 10011

## Taylor Darden
319 North Preston Street 1F
Philadelphia, PA 19104

Taylor Daren
319 N Preston St Apt. 1F
Philadelphia, PA 19104

Sanil Dave

Carlos De Los Rios
960 Chalet Circle
Thousand Oaks, CA 91362

Chris Deakin
636 Ethan Allen HWY
Ridgefield, CT 06877

Justin Debrosse
8 Mountain Road Rockaway
Rockaway, NJ 07866

Amanda DeMarco
357 Tunnel Road
Asbury, NJ 08802

Yujia Ding

Chelsea Ducille
311 Cathedral Street Apt. 2B
Baltimore, MD 21201

Alfred Dupuy
336 Telford Ave.
Dayton, OH 45419


Rachel Dushkewich
460 Old Town Road Apt 18N
Port Jefferson Station, NY 11776


Lori Eilers
184 Nottingham Road
Ramsey, NJ 07446


Embassy Suites by Hilton
Denton Convention Center
Kaylin Homan and Todd Muilenburg


Kimberly Eskin


Tashif Ferdous


Risa Fielder
3908 Yarborough Ave
Austin, TX 78744


First Associates
Attn: Bond Street Servicing, LLC
PO Box 503430
San Diego, CA 92150-3430

Graham Forrester

Dawn Fortis
38 Mela Lane
Rancho Palos Verdes, CA 90275

Harrison Foster
1217 Douglas St #222
Los Angeles, CA 90026

Martina Fouquet
9 Gray Street
Jersey City, NJ 07302

Franchise Tax Board (CA)
9646 Butterfield Way
Sacramento, CA 95827

Julie Fredette
426 Silver Leaf cir
Collegeville, PA 19426

David Gentile

Mitchell Golden

Jeremy Grant

Robert Half
10801-2 N Mopac Expy Suite 220
Austin, TX 78759

Latisha Harris

Natalie Hayhurst
1916 Sager Dr.
Austin, TX 78741

Heyman and Associates
Michelle Heyman and Julie Dale
2251 Double Creek Dr Suite 101
Round Rock, TX 78664

Ryan Howell

Indeed
Building 1
6433 Champion Grandview Way
Austin, TX 78750

Internal Revenue Service
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346

Micah Isser

Christopher Jackson

Amanda Jaramillo

Erica Johnson
843 W 15th Street Apt. 28
Newport Beach, CA 92663

Kabbage
730 Peachtree St NE Suite #1100
Atlanta, GA 30308

Jennifer Kallas
23025 Madison Street Unit 22
Torrance, CA 90505

Rosa Klaneski
8 Farmington Meadow Dr.
Farmington, CT 06032

Rosa Lee Klaneski
8 Farmington Meadow Drive
Farmington, CT 06032

Bettina Klinger
351 E 84th Street Apt. 11D
New York, NY 10028

David Ko
2151 Logan Ave Section B
San Diego, CA 92113

Marjorie Kollen
49 Colorido Rancho
Rancho Santa Margarita, CA 92688

Maithu Koppolu
10943 Vereda Sol Del Dios
San Diego, CA 92130

Sara Lacovelli
151 N Cottage St
Valley Stream, NY 11580

Elvis Le

Michelle Levine

Sarah Lim

Andrew Lin
30 Via Milpitas
Carmel Valley, CA 93924

Littler Mendelson
Jackie Hoard
1301 McKinney St #1900
Houston, TX 77010

Bradley Long

Heather Lopez
3 Hearthshire St.
Magnolia, TX 77354

Cameron MacCabe

Duncan MacKinnon
372 Union Street
Jersey City, NJ 07304

Marc A. Schwarz, Esq
5805 Sepulveda Blvd Suite 850
Van Nuys, CA 91411

Naomi Matthew

Georgia Jansen McBlane
315 Rogers Rd
Norristown, PA 19403


Mendelson, Goldman and
Schwarz, APC
Marc A. Schwarz
5805 Sepulveda Blvd. Suite 850
Van Nuys, CA 91411

Tazim Merchant
89 Fruitledge Road
Glen Head, NY 11545


Joshua Mirkin



Jackie Mitsch
9 Sycamore Lane
Rumson, NJ 07760


Nathan Nguyen



Sharon Noh



OFFICETEAM
Robert Half / Recovery Department
PO Box 5024
San Ramon, CA 94583

## Ogle Properties

Cheryl Ogle
3600 Bee Caves Rd #206
Austin, TX 78746

## Amber Oliver

8515 Millers Bend
Bahama, NC 27503

## Talia Oren

18880 Baker Road
Bend, OR 97702

## Erin Panica

21030 Mossy Glen Terrace
Ashburn, VA 20147

## Sharon Paravastu

4200 Bay Street Apt. 254
Fremont, CA 94538

## Peter Perkowski

445 S. Figueroa St. Suite 3100
Los Angeles, CA 90071

## Erinn Perron

200 Hiawatha Blvd.
Oakland, NJ 07436

## Allison Perry

Blaine Powell
9757 Oaseo Montril
San Diego, CA 92129

Marantha Purring
7215 Howard Terrace
Philadelphia, PA 19119

Robert Radu-Blackburn
84-06 109th Street Apt C7
Richmond Hill, NY 11418

Prithvi Rajasekaran

Ramapo Indian Hills Regional
High School District
Grace Stramiello

Obaid Rehman

Andrea Reichbach
10B Heritage Hills
Somers, NY 10859

Kaitlin Renkosiak

Linda Richman
277 Prospect Park West Apt 2
Brooklyn, NY 11215


Rana Robillard
3920 Ardley Ave
Oakland, CA 94602


Jose Rodriguez


Sandy Rolls
513 Green Pastures #C
Kyle, TX 78640


Nick Rosolanko
364 Mulberry Court
Wyckoff, NJ 07481


Allison Ryu


Masha Salman
33 Sky Top Ridge


Grace Schwartzenberger
5934 Tobias Avenue
Van Nuys, CA 91411

Zafar Shaikh
27318 Wooded Canyon Drive
Katy, TX 77494

John Hawthorne Smith

Square
1455 Market Street Suite 600
San Francisco, CA 94103

State Farm Insurance
5805 Sepulveda Blvd Suite 850
Van Nuys, CA 91411

Jeffrey Steinhorn
16 Tiger Hill Drive
Gladstone, NJ 07934

Tim Stevenson
904 Breckenridge Ct
Piscataway, NJ 08854

Samantha Stratton

David Tam
1965 W Lamar St #4
Houston, TX 77019

Kenny Tan

Jennifer Tew

Erin Tibke
280 Belmore Ave #34
East Islip, NY 11730

Jennifer Travis
197 Guinea Road
Storrs Mansfield, CT 06268

Shristi Tyagi

United States Attorney
Civil Process Clerk
601 Nw Loop 410 Ste 600
San Antonio, TX 78216-5512

United States Trustee
903 San Jacinto Blvd Ste 230
Austin, TX 78701-2450

Patricia Valatka
676 Park Ave.
East Orange, NJ 07017

Derrick Vallejos
11 South Lawrence Ave
Elmsford, NY 10523

Catherine Vaziri
2717 South Lamar Blvd. Apt. 3089
Austin, TX 78704

Hayley Wagner

Erik Walters
16711 Diane Lane
Huntington Beach, CA 92647

Michael Weinstein
20 Montauk Lane
Vernon Hills, IL 60061

Michael Wenzlaff
13414 Barlett Street
Rockville, MD 20853

Westfield High School PTSO
Carolyn Miller
521 Prospect St
Westfield, NJ 07090

Dwight Williams
27379 SW 143rd Ct.
Homestead, FL 33032

Julie Williams
13 Sheraton Lane
Rumson, NJ 07760

Kayla Williams

Altini Yarima
301 N Wesley Drive Apt. 611
League City, TX 77573

Jeff Yeagle

Cissy Yu
315 E. 119th Street 3
New York, NY 10035

Catherine Yuan

Alexander Zukoff
81 Cooper Blvd
Red Bank, NJ 07701

Cynda Zurfluh
13136 Ladybank Lane
Herndon, VA 20171

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Catalyst Prep LLC**                                              CASE NO 19-11236

                                                                          CHAPTER **7**


## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____10/25/2019_____     Signature _____/s/ Jared Friedland_____
                                                                          Jared Friedland, CEO